**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 17-21514 |
| | ) | |
| Marvin B. Wilson, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on January 19, 2018, I caused a true and correct copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL  60654, as indicated.


/s/ Richard M. Fogel

# Mailing Information for Case 17-21514

## Electronic Mail Notice List

- Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

- William R Teitelbaum    lawbrt@aol.com

## Manual Notice List (Via U.S. Mail)

PYOD, LLC its successors and assigns as
Assignee of Citibank, N.A. Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Synchrony Bank
c/o PRA Receivables Management
PO Box 41021
Norfolk, VA 23541

Franklin Credit Management Corp.
Bankruptcy Department
6 Harrison Street
New York, NY 10013