**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re: WILSON, MARVIN B.           § Case No. 17-21514
                                   §
                                   §
                                   §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $297,108.00 | Assets Exempt: | $137,833.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $10,581.34 | Claims Discharged Without Payment: | $129,776.78 |
| Total Expenses of Administration: | $2,069.65 | | |

    3) Total gross receipts of $12,650.99 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,650.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,069.65 | $2,069.65 | $2,069.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $235,597.47 | $61,467.65 | $61,467.65 | $10,581.34 |
| **TOTAL DISBURSEMENTS** | $235,597.47 | $63,537.30 | $63,537.30 | $12,650.99 |

4) This case was originally filed under chapter 7 on 07/19/2017. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/03/2018        By: /s/ Richard M. Fogel
                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INTERESTS IN INSURANCE POLICIES | 1129-000 | $12,650.99 |
| **TOTAL GROSS RECEIPTS** | | **$12,650.99** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $2,015.10 | $2,015.10 | $2,015.10 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $3.68 | $3.68 | $3.68 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $50.87 | $50.87 | $50.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,069.65** | **$2,069.65** | **$2,069.65** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 7100-000 | $1,830.00 | $1,413.55 | $1,413.55 | $243.34 |
| 2 | Synchrony Bank | 7100-000 | NA | $151.18 | $151.18 | $26.02 |
| 3 | Synchrony Bank | 7100-000 | $1,400.00 | $797.31 | $797.31 | $137.25 |
| 4 | Franklin Credit Management Corp. | 7100-000 | $153,477.00 | $59,105.61 | $59,105.61 | $10,174.73 |
| N/F | AT&T Teletype FCU | 7100-000 | $9,257.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $8,157.00 | NA | NA | NA |
| N/F | Deutsche Bank National Trust Co. | 7100-000 | $61,476.47 | NA | NA | NA |
| | TOTAL GENERAL UNSECURED CLAIMS | | $235,597.47 | $61,467.65 | $61,467.65 | $10,581.34 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 17-21514  
**Case Name:** WILSON, MARVIN B.  
**For Period Ending:** 04/03/2018

**Trustee Name:** (330720) Richard M. Fogel  
**Date Filed (f) or Converted (c):** 07/19/2017 (f)  
**§ 341(a) Meeting Date:** 08/21/2017  
**Claims Bar Date:** 11/27/2017

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | REAL PROPERTY<br>Single-family home, home purchased 12/18/2016. Entire property value: $175,000.00- NO EQUITY FOR ESTATE | 175,000.00 | 0.00 | | 0.00 | FA |
| 2 | AUTOMOBILES AND OTHER VEHICLES<br>Entire property value: $2,175.00- EXEMPT | 2,175.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHING<br>Ordinary household goods- INCONSEQUENTIAL VALUE TO ESTATE | 2,500.00 | 1,000.00 | | 0.00 | FA |
| 4 | ELECTRONICS<br>3 tvs and computer- INCONSEQUENTIAL VALUE TO ESTATE | 400.00 | 200.00 | | 0.00 | FA |
| 5 | WEARING APPAREL<br>Ordinary wearing apparel- EXEMPT | 800.00 | 0.00 | | 0.00 | FA |
| 6 | BANK ACCOUNTS<br>Checking account- Chase | 150.00 | 0.00 | | 0.00 | FA |
| 7 | BANK ACCOUNTS<br>Checking and savings: First Financial CU | 450.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING<br>401k: Vanguard- EXEMPT | 102,383.00 | 0.00 | | 0.00 | FA |
| 9 | PENSION PLANS AND PROFIT SHARING<br>IRA: Fidelity Fund- EXEMPT | 13,250.00 | 0.00 | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES<br>American General Life Insurance Co. whole life; CSV $16,188: Chivas Wilson, Janathan Wilson and Frederick Wilson | 16,188.00 | 12,650.99 | | 12,650.99 | FA |
| 10 | **Assets Totals (Excluding unknown values)** | **$313,296.00** | **$13,850.99** | | **$12,650.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/18- TFR filed 1/18/18

**Initial Projected Date Of Final Report (TFR):** 03/30/2018  
**Current Projected Date Of Final Report (TFR):** 01/18/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-21514 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | WILSON, MARVIN B. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5558 | Account #: | ******0400 Checking |
| For Period Ending: | 04/03/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/04/17 | {10} | American General Life Insurance Co | Turnover of non-exempt cash surrender value | 1129-000 | 12,650.99 | | 12,650.99 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.16 | 12,635.83 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.17 | 12,617.66 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.54 | 12,600.12 |
| 02/28/18 | 101 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $2,015.10; Claim # FEE; Filed: $2,015.10 | 2100-000 | | 2,015.10 | 10,585.02 |
| 02/28/18 | 102 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $3.68; Claim # TE; Filed: $3.68 | 2200-000 | | 3.68 | 10,581.34 |
| 02/28/18 | 103 | PYOD, LLC, as assignee of Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 17.21% of $1,413.55; Claim # 1; Filed: $1,413.55 | 7100-000 | | 243.34 | 10,338.00 |
| 02/28/18 | 104 | Synchrony Bank | Distribution payment - Dividend paid at 17.21% of $151.18; Claim # 2; Filed: $151.18 | 7100-000 | | 26.02 | 10,311.98 |
| 02/28/18 | 105 | Synchrony Bank | Distribution payment - Dividend paid at 17.21% of $797.31; Claim # 3; Filed: $797.31 | 7100-000 | | 137.25 | 10,174.73 |
| 02/28/18 | 106 | Franklin Credit Management Corp. | Distribution payment - Dividend paid at 17.21% of $59,105.61; Claim # 4; Filed: $59,105.61 | 7100-000 | | 10,174.73 | 0.00 |
| | | **COLUMN TOTALS** | | | 12,650.99 | 12,650.99 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 12,650.99 | 12,650.99 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$12,650.99** | **$12,650.99** | |

*{ } Asset Reference(s)*    UST Form 101-7-TDR ( 10 /1/2010)    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-21514 | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | WILSON, MARVIN B. | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***5558 | **Account #:** | ******0400 Checking | |
| **For Period Ending:** | 04/03/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0400 Checking | $12,650.99 | $12,650.99 | $0.00 |
| | **$12,650.99** | **$12,650.99** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)